Okay, you got a time out there. Yes, you may proceed. You have ten minutes. Okay, thank you, Your Honor. Okay, this case is basically a petition for a church that wants to petition for an ordained minister to work or to be employed as a minister. And the requirements of this particular position is outlined in the codes. It basically says for at least two years immediately preceding the time of the application for admission that the individual has been employed by the religious denomination. And it only requires also that he has been carrying that vocation or work continuously for the prior two years. However, the USCIS makes additional requirements that I just don't know where they come from. First of all, they require that it was a full-time employed position where he had worked 35 hours per week. And second, they're requiring that he was paid, that it's a salaried position. And both of these requirements are like pulls from the air. I don't know where it's coming from. They're pointing to the full-time requirement stating that Matter of Viracy states that they require 35 hours per week to be considered a full-time employment and that it is required to be a full-time position. However, if you look at Matter of Viracy, it never states that. All it states there is that this particular individual who was actually a full-time student who occasionally ministered and claimed that he might have worked maybe nine hours per week was not qualified as somebody who is a professional minister. And that's obviously so because he was a student all this time. So I don't know where this 35 hours per week comes from and the full-time requirements. And this is just everybody's question. That's the question. Where is it coming from? So they haven't correctly addressed where that came from. Their second requirement stating that it's paid employment for the prior two years. Now, where does that come from? It's not in the statute. It's not in any code. It doesn't come from anywhere. And the Third Circuit as well questions. If you look at the Third Circuit's ruling in Tamsville-Sultane versus, I guess, INS back at that time. They also question where, if you look at paragraph 52, where the requirement that the position be salaried. I mean, they're also questioning that. In that case, whether or not the position required to be salaried was not at issue. So they did not rule on that. However, they also question the INS. Where did you guys get this requirement from? So I'm questioning as well. Where are you guys getting these two requirements from? However, even if we were to take their made-up requirements and apply it to our fact pattern, we still meet their overextended requirements. We have shown that this particular individual was employed for over 35 hours for the prior two years. We have several affidavits. We have the articles of incorporation that clearly identify that he was with them from the beginning. Even the Administrative Appeals Board also admitted, yes, he's clearly related to the church and that he was clearly employed by them. But their questioning is, look, they don't have proof that he had tax records. If he doesn't have tax records, he can't prove he was working 35 hours and that he was paid. Well, there seems to be an either or problem. The contemporary records of the church show no indication at all that he was either employed or paid. OK, that's a good point that you made. Thank you. So what's your answer to it? I got my answer for that. I'll show you in just a second. Let me find it here. My answer to that is, first of all, we admit, yes, he was not in legal status. Therefore, he was. So you were paying him off the books. That's correct. And therefore, they didn't have accurate records. OK, however, you're laughing, but please don't laugh. I'm laughing because it's like a catch 22. No, no, no. I'm going to point out that it's not a catch 22. If you look at page four of the which is the Administrative Appeals Board's decision, they clearly state it is not entirely clear why the director cited the denial of the petitioner's denial of his B2 status. What that means is, OK, you're out of status. You're illegal. These issues may be of concern in the context of the adjustment. However, they are not inherently disqualifying factors at the visa petition phase. That's where we are. We're not inherently disqualifying. Right. They're saying it's not disqualifying. So therefore, it doesn't matter whether or not he was working legally or illegally. No, but it also suggests that maybe he wasn't working at all. Your answer is, yeah, well, we were we were working him off the books. OK, I understand your point. And so what about the tax problem, too? What does that suggest? OK, so they're questioning whether or not he's working at all. However, they're admitting in their response that, yes, at issue is not whether the beneficiary has worked for the church. He clearly has. That's what they admit on page five or the very last page of the order. But how but what for how much money and for what time and all the rest that we go to. OK, now what if you look at matter of veracity, their own case that they're citing where this thirty five hour rule come from, all the state in there is that the respondent merely has to allege. OK, all this is that they only have to provide a letter from the employer. That's all they're requiring. Well, but if the letter is impeached by other documentation, the letter doesn't become dispositive. It's never been impeached. They're just questioning it. They're just saying you don't have tax records. And they're saying you have failed to meet your burden because there are all these holes and questions that you haven't adequately filled in. Well, your honor, I mean, OK, both in this case as well in matter of soul pain. They're just saying all that's required is a letter. If you look at matter of soul pain as well, the third. I mean, if I go down and get the McDonald's guy on the corner to write a letter and sign it under the church, that's OK. It has to be a bona fide representation that's not contradicted by other circumstantial or direct evidence, doesn't it? Well, you're right. You're right. However, we have all this direct evidence. We have the newspaper articles. We have the church seminars that were paid. We have all these affidavits by deacons and members. We have substantial evidence. It's not just tax records being the bottom line. We have all these other records. And what we're saying is we can't give you the tax records because love. We never kept records accurately on that particular issue because we weren't able to. Well, you were able to. We didn't want to be revealed another illegality. Let me go back to this matter of very gaze a case if I can. You're talking about letter of sufficient proof. I want to use it for a look at it for a different purpose. And that is to try to figure out whether the full time requirement the government thinks is appropriate here is actually the rule. In this case that the the A.A.O. says. This is on the adjudicative authority that I guess the A.A. says the district director denied relief because he had not been primarily engaged in a religious occupation for two years. I.J. denies relief because not principally engaged in religious work. Alien. Then he says the alien must have been primarily or principally engaged. The test that I get out of very easy repeated is principally not full time. I'm a horse full times coming from. And I'm looking further at Regulation 8 0 2 0 4 0 4 0 4 which says the documentation should indicate that the alien will not be solely dependent on supplemental employment or solicitation of funds for support which clearly indicates that. Well you can't be solely dependent on some funds from elsewhere. You can have some funds coming from elsewhere so you can work to some degree elsewhere. I mean I just don't get where the full time comes from. All kinds of tax problems. And there may be all kinds of reasons to deny any kind of status your man wants because of tax problems. But I don't see that a requirement for full time is appropriate given what I got here in front of me. That's right. Your Honor. I clearly agree with you. I'd like to reserve the rest of my mind. I mean I reserve the rest of my time. Thank you. Just for your information. I'm the presiding judge. No. No. No. He was about to say something. So you have another question. No way. And then you want to know me later. OK. So where's the full time come from. May it please the court. First of all it didn't come out of nowhere. And like what petitioners counsel has indicated the church was what who presented that petitioners soul means of income and his vocation during the two years preceding the application was due simply to a full time job with the church. And so the obligation to establish that it was full time was presented by the church here. And it's also consistent with the statute and the regulations. So you're saying because of the evidence the church submitted it created this higher standard than what the statute actually holds. Your Honor there is no higher standard here. If we take a look at the statutory language and the regulation first we see that in order for the church to establish that Mr. Kim had qualified as a special immigrant religious worker. They had to show that he was an immigrant who for at least two years immediately preceding the time of application for admission has been a member of a religious denomination seeks to enter the United States solely for the purpose of carrying on the vocation of a minister of that religious denomination. And has been carrying on such vocation professional work or other work continuously for at least the two year period described. The requirement is continuously? Yes Your Honor. And somehow that's been turned into a full time requirement? Your Honor it's in this case it became something that was necessary to establish that he was continuously performing his religious vocation. What is the legal requirement is continuous right? Yes Your Honor and that he would also be that he intend to engage solely in the vocation. Right. One is his purpose and the other is that for the immediately preceding two years he had worked in that vocation continuously. And somehow that legal standard seems not to have applied in this case and you're saying it's because of the church's own documents? Yes Your Honor. What it boils down to here is not a matter of the interpretation of the statute and the regulation. And indeed the interpretation is consistent with the law as well as public policy interest in preserving the visa process. But here the problem is in terms of the evidence that the church presented. The church stated that in response to establish how you were continuously performing this religious vocation. The church stated that the minister had been fully employed and that he was supporting his family and himself through full time employment with the church. And then in looking at the statutory requirements. Both the service center as well as the administrative appeals office indicated that well if you're claiming that you're intending to come solely as a minister. And that you have supported yourself in this religious vocation that you were performing it continuously in the past two years. How did you do so? Is there a supporting requirement in the statute? I suppose he came solely for the purpose of carrying on this vocation for free because it was his vocation. Where does this supporting himself language come from? Your honor for one it stems from part of the discussion is because he has to establish that he is solely coming in to the country to practice his religious vocation. Otherwise you need a labor certification to participate in other employment is that what you're telling us? Your honor part of it is because in order to come in and if we take a look at some of the legislative history as well. And even the board decisions some one of them I believe if not agree recognizes that as a matter of policy. The provision for the special immigrant religious worker visa is so that the individual comes in solely to perform these religious duties. Now the service center even said either he shows that he worked full time or that he was otherwise compensated for his religious activities. This is sort of hypothetical but some ministries in the United States the minister does not get paid at all. They are provided a home and they do not get necessarily a salary. How does the board deal with that? Your honor well the board has stated that if they do it purely as a matter of volunteer activities. Then there still has to be evidence that they are going to receive compensation either for their work or through some other means that is consistent with this visa. Otherwise there's a presumption that they're going to be looking for other employment that is not focused on religious vocation. We're allowing people to come in as ministers and we don't want them to come in as ministers and then start working in other jobs. For which they'd have to get labor certifications if they were trying to come in for those jobs. Yes your honor here the public policy interest is based on the fact that in order to preserve the integrity of this particular visa. We cannot simply state that any person who claims either that they on a regular basis perform religious activities. Such as in matter of Varughese or if they do so on a limited basis or as a volunteer. Well then how are they going to support themselves? Are they going to then rely upon public welfare? Are they then going to become or are they looking for an easy way into this country by simply stating that they're performing some responsibilities. Even in matter of re where the individual was working full time for the religious organization. That person wasn't engaging in ministerial duties rather they were performing music and other administrative support. Okay here's my problem or maybe I'll say it's not the core problem. There may be some surrounding problems but I'm now on page 05 of the minister's record. I'm just reading from the decision by the AAO is it called? Yes. I'm on page the pagination from the decision makers page 4 is the minister's record 05. I'm on the second and third line. That issue is not whether the beneficiary has worked for the church. He clearly has. But whether he has done so full time to the exclusion of all other employment. It strikes me that that's not the law. Do you agree or not agree? Your honor that is not the law in terms of to the exclusion. There is case law that says as your honor has previously referenced that it doesn't have to be to the exclusion. However the problem here is. Does it have to be full time? Your honor in this case it both has to be full time and to the exclusion of others. Let me say in this case I'm not asking. I'm asking first what is the law and we can then work on applying it to this case. Is the law that the minister must have been and must be working full time? Your honor the law is that he must establish that he was working continuously. And that the interpretation is that in order to be able to sustain a living one has to work full time. That has been the interpretation. But it depends upon the circumstances. What's that language doing? Very gazy that I read. There's to say he's talking about what's the language is principally engaged primarily engaged. That doesn't say full time. Yes your honor. And we're not contending that the law is as a matter of every single case that it has to be full time. Because even in some of the cases that the board had considered. There were certain circumstances where an individual didn't have to necessarily work full time. However. I think that you just said. But I want to nail this down as best I can. I think you've just said that this description of the law is erroneous. No your honor. It's a reasonable interpretation for this particular case. See that's what I have trouble with too. Usually we have a standard of law. And that's the law. And you don't say. But we're going to change that standard for this case and this way and that case and that way. We have a rule of law. And then we try to apply it. Yes your honor. And there is this general rule of law is that the petitioner bears the burden of establishing. That the prospective beneficiary has worked continuously in this particular vocation. And that they intend to enter to do so solely. Solely for the purpose of carrying on the ministerial vocation. Yes your honor. Solely for the purpose of does not say full time work. That is to say I may have as my sole purpose coming in to do ministerial work. And I'm paid a certain amount for that. But it's not enough to live on. But in order to carry on what is my sole purpose. That is to say I view myself as a minister. I pick up part time employment so that when I supplement the money I'm paid by the church. I can now live. That seems to me precisely what the regulations contemplate. Yes your honor. But keep in mind that the regulations also contemplate that. If you're coming in to work as a religious employee. Or to engage in religious activities. But you're not a minister. Then there are slightly different requirements. The language is a little bit different too. But he's contending that he's a minister. Yes your honor. And he's also. The decision maker here doesn't contest the fact that he's working for the church. But just says you've got to be working full time. And you aren't because I don't see the tax records. Yes your honor. My point is that he's also contending that he worked full time for this organization. And the problem is the organization was not able to substantiate the continuous employment. Well he may have been contending that he was working full time. Indeed for all I know maybe he was working full time. He doesn't have to prove that he was working full time in order to be eligible. Your honor he does. Because he claimed that he. In order to prove that he was working continuous. In response to the question of. Well then provide us evidence that you are working continuously. Or how did you work continuously in this religious vocation. He responded. Or the petitioner responded that. He was working continuously. Because he was working full time for this church. You know what strikes me is what's going on here. Is that the wrong legal standard was applied. That is to say full time is required when as I would agree the law does not require. But what was bothering the decision maker is. That he sees some version of fraud in relation to the manner in which he's being paid. I mean I think we're coming in sideways with a very clear rationale. I mean you're not supposed to engage in various forms of tax fraud. You're supposed to keep. You're not supposed to pay somebody off the books. You're supposed to pay your taxes. I mean there may be other problems. That I'm not quite aware of with respect to the manner in which he's paid. Those are clearly there. But that's not the question in front of this decision maker. Your honor. I mean the declarations say he's a pastor. It's kind of like being a judge. If you're a pastor of a church. You're 24 hours you're a judge. You're 24 hours a judge. You're never not a judge. And I think he's saying that. And that's credible. But you're saying that you have to show us that you've been paid for this. Your honor. First he has a burden of showing by primary evidence. And satisfying the requirements with primary evidence. Which would be the financial records or anything similar to that. And then if he's unable to. The declarations aren't sufficient. Your honor. As referenced by the agency under the regulation at 8 CFR 103.2 B2I. Affidavits and declarations basically tertiary evidence is only. It only has weight. If the primary evidence is not available. And an explanation is provided. Key here is that the church didn't even provide an explanation as to why they did not provide credible primary evidence. That he was actually employed for them. Instead what they did was provided inconsistent evidence. And the problem ultimately lies in the fact that the petitioner did not provide credible evidence. Regardless of whether or not. Not provide credible evidence of what? Of the continuous employment. Because regardless of whether or not there is a full time requirement. And here he. What's incredible about the evidence he did provide. There's a lot of evidence in there. It looked pretty credible to me. Your honor. You can attach various weights to things and so on. You may say. Well you know. There's some tax fraud going along on the side. But there's a lot of evidence in there. Yes your honor. And let's take a look at the evidence then. Because the first evidence. And the only primary evidence he provides. Is the financial records. Which do not. The evidence of what? The evidence that he's working as a minister? No. That he was. The last evidence that he's working as a minister. Irrespective of how he's being paid. He's names on the program. We got tapes. We got affidavits. Somebody listens to the church ministry on the radio. I mean we got all this stuff. Your honor. Unfortunately. The problem is. If they did not provide the financial records. And if they had provided an explanation. About the catch 22 position. Of providing falsified financial records. Then there wouldn't be a credibility issue. Because of the other evidence. But what the judge. Or the administrative officers. Had to eventually do. Was to weigh the evidence. And when we take a look at the primary evidence. And it's incredible. Then we have to take a look at the others. And see that there's not as much weight accredited to it. The other point. There's two. There's various inconsistencies. And it's not just related to the financial records here. We're also looking at evidence in terms of. His claims of when he came into the country. Part of the burden. Why shouldn't we send this back. And say as we read your regulations. And as we read matter of variegated. The only requirement is that there be principal employment. And so on. And go back. And if you want to decide it under the proper standard. And still say. That because he's got some sort of little tax scam going on here. And the church is working him off the books. I don't believe it. Well then okay. But we have the wrong standard here. Your honor because it undermines public policy interest. In preserving the integrity of the visa process. By giving him another opportunity. Where he's already had at least two opportunities. And he was also given an opportunity to explain the problems. But he didn't do so. And in fact his admission before the district court judge. That the documents were falsified. Troubled the district court judge. Because the judge asked well why didn't you explain this then. And so that even underscores the fact that. Well he did not comply with the requirements under the regulations. That he had to provide primary evidence. But integrity goes both ways. He's not supposed to lie about how he's paid. The church is not supposed to lie about how he's paid. He's supposed to pay his taxes. That's clearly on the one side. But we've got another kind of integrity. And here I'm not talking dishonesty. I'm just talking about integrity in the sense of. A system that works the way it's supposed to. The A.A.O. is supposed to apply the law as it actually is. Instead of if full time is not the requirement. They can't require it. Your honor. But I get it. And I understand that. But even if we take a look at some of the board decisions. And no matter. There wasn't a full time requirement. There was an exception created where this individual was a rabbi. But he was unable to perform his religious vocation. And he did not do so. And he did not engage in any other activities in between. But what the Department of Justice as well as the Department of Labor. And the government came down to was that. Well unless you're engaging in other activities. Which are inconsistent with the continuity of the religious vocation. Then given these circumstances where he wasn't able to engage. And his church had compensated him otherwise. And he had otherwise received assistance. But was not able to as opposed to he intended not to participate. And here we have incredible evidence where we're not quite certain. And then what happens is the presumption applies. That well then obviously you must have engaged in other activities. We may not have proof. But you're in a position to let us know that well what were you doing. And if you weren't doing that or if there's an inconsistency. Well then explain to us. He did not explain it to the agency. So the agency had to look at it based on the information they had. And the primary evidence was incredible. And then what did he do afterwards before the district court judge? After the fact? He admitted that it was false and that there was an inconsistency. What petitioner has done here is overlooked the credibility issues by its own creation. It's not something that the agency did at all. And ultimately the problem lies with the petitioning church's own failure to provide credible evidence. And it's actions to circumvent the law. You are really way over. Yes, Your Honor. I think that Mr. Troy had a minute or so. Thank you. Thank you. Your Honor, the INSS council admitted that they used a heightened standard for this case. They say that they used a higher standard than normal, which is illegal. However, I do this kind of petition quite often. And I can assure you, they use this heightened standard all the time, not just on this case. And that then again is also illegal. So either way, they're wrong. They're saying that they falsified the document. No, they didn't falsify. They're estimating. They're saying, okay, this is what we have paid them because we didn't really keep an exact record. And they're saying that's a problem. However, that's not a problem because the old administrative board said, Yes, at the petition phase, it is not an issue. It states so out of their own in the record. If you look on page three, it just says clearly there. They are not inherently disqualifying factors. So these are not – that's not the issue, whether or not he was – whether or not they kept exact records or whether or not they didn't. The issue is whether or not they are using the proper standards in order to adjudicate this type of cases. They're using a higher standard than what is required by Congress. And they should – Are you saying – I think I heard you say it, but I want to make sure I got it. You're saying the administrative appeals office routinely requires, quote, full-time employment, close quote. Yes, 35 hours is what they consider full-time employment and salary. So the AAO here is entirely consistent with its current practice. That's correct, Your Honor. It may or may not be consistent with the law, but entirely consistent with its current practice. Yes, they're administratively creating the law. Why is that inconsistent with the test that requires that the person seeks to enter solely for the purpose of carrying on the vocation of a minister of that religious denomination? Why doesn't your past experience demonstrate whether you're entering solely for the purpose of carrying on the vocation? Well, Your Honor, I mean, you're a judge. I mean, that's your vocation, Your Honor. And my vocation is an attorney. And when I'm not doing it, I mean, I could be doing something else, but I mean – But you have to be entering solely for the purpose of carrying on the vocation and nothing else. And they don't want you on welfare or working as a lawyer or some other – in some other position that would require the Labor Department to certify you as a worker. And that's what the district court said, nor did the church establish that he was in this country solely to carry on his vocation as a minister. The opinion says if the petitioner did not pay the beneficiary, and they're nervous about that because of all the problems with the records, then the above-cited case law justifies the presumption that the beneficiary is derived as income through other employment. Neither of these options is strongly conducive to petitioner's overall credibility. For the above reasons, you haven't established that he was a full-time paid minister for petitioning the church throughout the two-year qualifying period. I think it's raising doubts about who was paying him and why he's here, whether it's solely for the purpose of somebody else's paying him, and maybe it's not solely for the purpose. Okay, I understand where you're coming from, Your Honor. However, when that comes to her primary evidence, she's saying that only financial records could be a primary evidence. However, primary evidence also includes articles of incorporation. The articles of incorporation show that he was connected with them from the very beginning and that he was going to be their pastor. We have their weekly – you know, when you go to church, they give you the weekly – Bulletin. Yes, the weekly bulletin. That's pretty sure that he was a pastor. How is the church paying him? They're paying him from the tithing that they get. I mean, handing him cash in an envelope? No, what they do is they compensate him for his car, they're compensating for his house. How? Handing him cash in an envelope? No, they pay him for the house. Checks? Maybe checks, maybe cash. What difference does it make? Well, don't you know? It makes a lot of difference. I never ask them if they're getting cash or – I just know that their estimate was that's how much they paid him, approximately $1,500 per month. Is there any – is there an affidavit from somebody who says, I was the treasurer or the disperser of funds and I'm the one that gave him this money? Well, that's where we come to that full-time salary requirement. That's beyond the law. Well, unless you're looking at whether he was solely involved as a religious worker. Well, if we come to the point that – Your side has the burden of proving that it's solely to be a religious worker. If he's been in the country off the books for a couple of years, he's been paid by somebody else. And they're simply saying here, as far as I read it, that you haven't satisfied your burden of showing that he wasn't being paid by somebody else in view of all this confusion. You say it was off the books. Well, you're saying the purpose is that he's solely here to be a minister. That's the statute. That's the statute and that's what we should go by because that's the law. And what we have is all this overwhelming evidence. I mean, we have all these newspaper articles about him. Now you're quibbling about the wages. No, no, no. I'm not quibbling about the wages. I'm quibbling about the sole issue. And the sole issue shows by overwhelming evidence that he's solely here to be a minister. And they're saying they don't trust you because there's all these missing things that should be there. No, they say that they trust us. However, they're saying that we need the tax records. That's the only form of primary evidence that they will accept. Which is, I mean, it's just over and beyond what the law said. They want the tax records. Yes, that's basically what they're saying. And that's what you're saying, too, right now, Your Honor. You're saying, show me that he got the money. Number one, it doesn't require that he got the money. And number two, I mean, there's just no, I mean, first of all, there's no requirement of it. And I don't know why they're imposing it. That's not the only primary form of evidence. All right. You know why they're imposing it. Excuse me. It's because you cooked the books. I mean, you shot yourself. You shot yourself in the back. They never cooked the books, Your Honor. They just made an estimate. They never cooked it. They couldn't keep records. All right. Thank you, counsel. Okay. Thank you, Your Honor. We've gotten way over your time. Thank you for two good arguments on this case. And this matter is under submission. Thank you.
judges: Trott, Wardlaw W. Fletcher